IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02035-REB-MJW

JOSEPH S. GARBO, JR. and
NORMA J. GARBO,

Plaintiff(s),

v.

COUNTRYWIDE BANK, FSB;
COUNTRYWIDE HOME LOANS, INC, and
BANK OF AMERICA CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    For those reasons as stated within the subject motion (docket no. 6), it is hereby ORDERED that the Joint Motion for Stay of All Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation ("JPML") (docket no. 6) is GRANTED. The Rule 16 Scheduling Conference set on December 3, 2008, at 9:00 a.m. is VACATED. This case is STAYED until further Order of Court.

    It is FURTHER ORDERED that the parties shall file a Joint Status Report with the court on or before January 16, 2009, regarding the status of the pending motion to transfer before the JPML.

Date: November 13, 2008