UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 09, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COUNTRYWIDE FINANCIAL CORP. CUSTOMER
DATA SECURITY BREACH LITIGATION

MDL No. 1998

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 2, 2008, the Panel transferred six civil actions to the United States District Court for the Western District of Kentucky for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d. (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Thomas B. Russell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Kentucky and assigned to Judge Russell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Kentucky for the reasons stated in the order of December 2, 2008, and, with the consent of that court, assigned to the Honorable Thomas B. Russell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Kentucky. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 29, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: COUNTRYWIDE FINANCIAL CORP. CUSTOMER
DATA SECURITY BREACH LITIGATION**     MDL No. 1998

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

ALABAMA SOUTHERN
  ALS  1    08-545                      Alvin L. Kirskey v. Countrywide Finanial Corp., et al.

CALIFORNIA CENTRAL
  CAC  2    08-6034                  Manuel Lemuz, et al. v. Countrywide Financial Corp.
  CAC  2    08-6042                  William P. Martin, et al. v. Countrywide Financial Corp., et al.
  CAC  2    08-6334                  Deborah Devries v. Countrywide Finanial Corp., et al.
  CAC  2    08-7463                  Abner Lazard v. Countrywide Financial Corp., et al.
  CAC  8    08-1144                  Philip Johnson, et al. v. Countrywide Financial Corp., et al.

CALIFORNIA EASTERN
  CAE  2    08-2246                  Pablo Posada, et al. v. Countrywide Financial Corp., et al.

CALIFORNIA NORTHERN
  CAN  3    08-5025                  Deborah Jean Blickensderfer v. Countrywide Financial Corp., et al.

CALIFORNIA SOUTHERN
  CAS  3    08-1875                  Joel Arias, et al. v. Countrywide Financial Corp., et al.

COLORADO
  CO   1    08-2035                  Joseph S. Garbo, Jr., et al. v. Countrywide Bank, FSB, et al.

FLORIDA MIDDLE
  FLM  2    08-774                   Herb Clarke v. Countrywide Home Loans, Inc., et al.
  FLM  6    08-1687                  Juan Colon v. Countrywide Financial Corp., et al.

ILLINOIS NORTHERN
  ILN   1    08-5643                  Dona Kare Kowalski, et al. v. Countrywide Financial Corp., et al.
  ILN   1    08-6264                  Thomas M. Wardrop v. Countrywide Financial Corp., et al.
  ILN   3    08-50229                David Modrzejewski, et al. v. Countrywide Financial Corp., et al.

KANSAS
  KS   2    08-2450                  Darin Hamilton, et al. v. Countrywide Financial Corp., et al.

MAINE
  ME   2    08-356                   John M. Wilkinson v. Countrywide Financial Corp., et al.

MICHIGAN EASTERN
  MIE  2    08-14384                Jayson E. Blake v. Countrywide Financial Corp., et al.

**MDL No. 1998 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSOURI EASTERN** | |
| MOE 4 08-1435 | Kathleen Leonard v. Countrywide Financial Corp., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 3 08-505 | Sidney Hamilton, et al. v. Bank of America Corp., et al. |
| **NEW JERSEY** | |
| NJ 1 08-4733 | Eric S. Litvin v. Countrywide Financial Corp., et al. |
| NJ 1 08-4817 | Mitchell D. Brooks, et al. v. Countrywide Financial Corp., et al. |
| NJ 1 08-5619 | Matthew Holmes, et al. v. Countrywide Financial Corp., et al. |
| **OHIO NORTHERN** | |
| OHN 1 08-2249 | Michael G. Ippolito, et al. v. Countrywide Financial Corp., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 08-3095 | Quinzola J. Davis v. Countrywide Financial Corp., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 08-863 | Yasmo Hemphill, et al. v. Countrywide Financial Corp., et al. |